IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD EDWARD KRETLOW,

                         Plaintiff,

    v.                                                      ORDER

SGT. ROZMARYNSKI,                              16-cv-583-jdp

                         Defendant.

---

Pro se plaintiff Bernard Edward Kretlow is proceeding on a claim that defendant Sergeant Rozmarynski was deliberately indifferent to his serious medical needs in violation of his rights under the Eighth Amendment.

Kretlow moves for summary judgment, Dkt. 28, but his submission does not comply with the court's pretrial conference order. Dkt. 24. Kretlow should pay careful attention to the court's procedures to be followed on motions for summary judgment and in particular to the portions discussing (1) the rules governing proposed findings of fact; and (2) the requirement that exhibits on which a plaintiff intends to rely be authenticated and admissible. *Id.* at 14-20.

I will deny Kretlow's motion for summary judgment and give him an opportunity to file a new motion with proposed findings of fact supported by evidence. Kretlow may have until December 22, 2017, which is the deadline for dispositive motions. Any exhibits Kretlow files must be admissible. This means, at a minimum, they must be attached to a declaration in which a person who has personal knowledge of the exhibits declares under penalty of perjury that the exhibits are true and correct copies of the documents they appear to be. I will direct the clerk of court to send Kretlow another copy of the court's pretrial conference order, which details the requirements that Kretlow must follow.

ORDER

IT IS ORDERED that:

1. Plaintiff Bernard Edward Kretlow's motion for summary judgment, Dkt. 28, is DENIED without prejudice.

2. The clerk of court is directed to send plaintiff a copy of the court's procedures on motions for summary judgment included with the pretrial conference order. Dkt. 24.

Entered June 13, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge