IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BERNARD EDWARD KRETLOW,

                      Plaintiff,

  v.                                                                 ORDER

TONIA ROZMARYNOSKI,                           16-cv-583-jdp

                      Defendant.
_____

       In a November 7, 2017 order, I gave pro se plaintiff Bernard Edward Kretlow until November 21 to explain whether he intends to pursue this lawsuit. Dkt. 38. I warned him that if he failed to respond to the November 7 order, I would dismiss the case with prejudice for his failure to prosecute it. As defendant Tonia Rozmarynoski points out in her motion to dismiss, Dkt. 39, several weeks have passed since the November 21 deadline, and Kretlow has not filed a response to the order or otherwise contacted the court. Accordingly, this case is dismissed.

ORDER

IT IS ORDERED that:

1. Defendant Tonia Rozmarynoski's motion to dismiss, Dkt. 39, is GRANTED.

2. Plaintiff Bernard Edward Kretlow's complaint is DISMISSED with prejudice for his failure to prosecute it. The clerk of court is directed to close this case.

Entered December 14, 2017.

                                                  BY THE COURT:

                                                  /s/
                                                  _____
                                                  JAMES D. PETERSON
                                                  District Judge