IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD EDWARD KRETLOW,

    Plaintiff,

v.

CAPT. MICHAEL SCHULTZ,
LT. ELSINGER, CAPT. BAUMANN,
SGT. CUMMINGS, TONIA
ROZMARYNSKI, OFFICER NORTON,
OFFICER WASIELEWSKI, DR. ALLEN,
DR. S. GARLAND and LUTSEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-583-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing plaintiff's claims against Cap. Michael Schultz, Lt. Elsinger, Capt. Baumann, Sgt. Cummings, Officer Norton, Officer Wasielewski, Dr. Allen, Dr. S. Garland, and Lutsey; and

    (2) granting Tonia Rozmarynoski's motion to dismiss and dismissing this case with prejudice for plaintiff Bernard Edward Kretlow's failure to prosecute it.

/s/
Peter Oppeneer, Clerk of Court

12/14/2017
Date